AO 83 (Rev. 06/09) Summons in a Criminal Case

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2021 FEB 18 AM 11:49

CLERK-ALBUQUERQUE lmn

RECEIVED
U.S. MARSHALS SERVICE
ALBUQUERQUE NEW MEXICO

2021 FEB -4 PM 3:59

# UNITED STATES DISTRICT COURT
District of New Mexico

UNITED STATES OF AMERICA
v.

Sergio Valdez
*Defendant*

)
)
)  Case No. 1084  1:19CR03113-010JB
)
)
)
)

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☒ Order of Court

| Place: This proceeding will be held via Zoom Video/Web Conferencing with all participants appearing remotely; the Zoom ID and Passcode will be provided separately to the participants' email address of record. | Courtroom No.: Zoom Video Conference |
| --- | --- |
| | Date and Time: 02/25/2021 @ 1:30 p.m. |

This offense is briefly described as follows:
Defendant violated pretrial supervision condition 7(m), in that he provided positive drug tests.

Date: February 4, 2021

*K. Hernandez de Sepulveda, Deputy Clerk*
*Issuing officer's signature*

MITCHELL R. ELFERS, CLERK OF COURT
*Printed name and title*

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons    ☐ Returned this summons unexecuted

Date: 2/10/21

*Server's signature*

L. HARPER   SDUSM
*Printed name and title*