IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                NO. 19-CR-03113-JB

SERGIO VALDEZ,

        Defendant.

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING (June 16, 2021) FOR AT LEAST SIXTY (60) DAYS

*COMES NOW*, Defendant, Sergio Valdez, by and through his counsel of record, Phillip G. Sapien, *Sapien Law, LLC,* and with the concurrence of Assistant United States Attorney (AUSA) Elaine Y. Ramirez, hereby respectfully requests this Court to enter an Order continuing the June 16, 2021 Sentencing Hearing currently scheduled at the United States District courthouse in Albuquerque, New Mexico with the Honorable Judge James O. Browning for at least sixty (60) days from June 16, 2021.

As grounds is support of this motion, Counsel for Defendant states as follows:

1.      Mr. Valdez has previously entered into a plea agreement on March 5, 2021 in the above referenced case.

2.      Sentencing in this matter is currently set for June 16, 2021 at 9:00 a.m. in Courtroom 460 with District Judge James O. Browning.

3.      With the concurrence of the government, Mr. Valdez recently completed an in-patient substance abuse treatment program at Four Winds Behavior Health which Mr. Valdez entered on March 10, 2021 for 90 days.

4. Mr. Valdez completed the program on June 9, 2021; however, the defense needs additional time for counsel to meet and confer with Mr. Valdez regarding his Pre-Sentence Investigation Report (PSIR) and to address various issues related to sentencing in this case.

5. Undersigned counsel also intends to acquire documents and records related to Mr. Valdez' recent treatment program and to prepare a sentencing memo on defendant's behalf for submission to the Court.

6. Consequently, additional time is requested for counsel to receive and review these records, confer with Mr. Valdez, and for the defense to draft the noted sentencing memorandum and be adequately prepared to proceed to a sentencing in this case.

7. Undersigned counsel has conferred with his client, Mr. Valdez, to discuss this Motion and the need for a continuance of the sentencing hearing and Mr. Valdez agrees with this Motion to ensure competent representation for him and the best possible resolution of his case.

8. Undersigned Counsel has also conferred with AUSA Elaine Y. Ramirez regarding this Motion and he is not opposed to this Motion and the relief requested herein.

**WHEREFORE**, based on the foregoing facts and information, the defendant hereby respectfully requests this Court to continue the current sentencing hearing currently set for June 16, 2021 at 9:00 a.m. with Judge James O. Browning and to reset this matter for at least sixty (60) days from June 16, 2021 as requested herein.

Respectfully Submitted,

*Sapien Law, LLC.*

**ID vJGk7YVG1jJe3uXJ9bMj8eoX**

PHILLIP G. SAPIEN
*Attorney for Defendant Valdez*
Post Office Box 25523
Albuquerque, NM 87125-0523
Phone: (505) 842-5979
Direct line (505) 317-4367
psapien@sapienlaw.com

THE UNDERSIGNED hereby certifies that a copy of the foregoing pleading was electronically delivered to opposing counsel of record on June 9th, 2021.

**ID vJGk7YVG1jJe3uXJ9bMj8eoX**

PHILLIP G. SAPIEN

## eSignature Details

**Signer ID:**       **vJGk7YVG1jJe3uXJ9bMj8eoX**
Signed by:        Sergio Valdez
Sent to email:    azayahwilliamjr1@gmail.com
IP Address:       107.115.45.24
Signed at:        Jun 9 2021, 10:41 am MDT