IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                    NO.    19-CR-03113-010-JB

SERGIO VALDEZ

        Defendant.

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

*COMES NOW*, Sapien Law, LLC [Phillip G. Sapien] counsel for Defendant, Sergio Valdez and hereby moves this Court for an Order allowing undersigned counsel to withdraw as counsel in the above-captioned case, and as grounds therefore states:

1.      On February 22, 2022, Defendant was sentenced by this Court and a Judgement on a suspended sentence was subsequently filed by this Court on March 15, 2022.

2.      Consequently, undersigned counsel has completed his representation of Mr. Valdez in this matter.

3.      There are currently no hearings set in this matter, it is concluded and further legal work is not necessary at this time.

WHEREFORE Sapien Law, LLC respectfully requests that the Court enter an Order approving its withdrawal as counsel in the above-captioned matter.

                Respectfully Submitted,

                SAPIEN LAW, LLC

By    *Phillip G. Sapien*

                Phillip G. Sapien
                *Counsel for Defendant*
                Post Office Box 25523
                Albuquerque, NM 87125
                P: (505) 842-5979 Fax: (505) 842-6002
                psapien@sapienlaw.com

I certify that a courtesy copy of this was mailed to the following on May 25th, 2023:

*Phillip G. Sapien*

Phillip G. Sapien

Motion to Withdraw as Counsel
*USA v. Sergio Valdez*
*Case No.: 19-CR-03113-010-JB*
Page **2** of **2**

## eSignature Details

**Signer ID:** **o9SjWmMbw2JdcDU1SB6rAHht**
Signed by: Phillip G. Sapien
Sent to email: psapien@sapienlaw.com
IP Address: 73.26.215.6
Signed at: May 24 2023, 4:28 pm MDT