AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 26 2023

MITCHELL R. ELFERS
CLERK

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America )
v. )
Sergio Valdez ) Case No. 19 CR 3113 JB
_____ )
Defendant )

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 10/26/23

_____
Defendant's signature

_____
Signature of defendant's attorney

Phillip G. Sapien 6821
Printed name and bar number of defendant's attorney

P.O. Box 25523 Alb. 87102
Address of defendant's attorney

psapien@sapienlaw.com
E-mail address of defendant's attorney

505-842-5979
Telephone number of defendant's attorney

505-842-6002
FAX number of defendant's attorney