AO 442 (Rev. 08/14) Arrest Warrant

**FILED**
UNITED STATES DISTRICT COURT
SANTA FE, NEW MEXICO
DEC 1 1 2023
MITCHELL R. ELFERS
CLERK

## UNITED STATES DISTRICT COURT
### for the
### District of New Mexico

23 OCT 16 PM 1:45

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| | ) Case No. 1084 1:19CR03113- 010JB |
| Sergio Valdez | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay Sergio Valdez

Also Known As: Booger
Also Known As: Valdez Sr., Sergio Ray
Also Known As: Valdez, Sergio Rey

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows: The defendant was arrested for Battery on a Household Member and Resisting Arrest. The defendant failed to report law enforcement contact within 72 hours.

Date: 10/16/23

*Issuing Officer's signature*

City and state: Albuquerque, NM

MITCHELL R. ELFERS, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on (date) 10/16/23, and the person was arrested on (date) 10/18/23
at (city and state) SANTA FE, NM.

Date: 10/18/23

SANTA FE DEPUTY USM
*Arresting officer's signature*

L. HARPER  SDUSM
*Printed name and title*