IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                      NO. 19-CR-03113-JB

SERGIO VALDEZ,

        Defendant.

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

**COMES NOW,** Sapien Law, LLC [Phillip G. Sapien] counsel for Defendant, Sergio Valdez and hereby moves this Court for an Order allowing undersigned counsel to withdraw as counsel in the above-captioned case, and as grounds therefore states:

    1.    On February 22, 2022, Defendant was sentenced by this Court, and a Judgment on a suspended sentence was subsequently filed by this Court on March 15, 2022.

    2.    Afterwards on October 18, 2023, the Defendant was arrested under a Petition for Revocation of Supervised Release [*see Doc. 824*] and a Judgment was filed on January 10, 2024.

    3.    There are currently no hearings set in this matter, it is concluded and further legal work is not necessary at this time.

WHEREFORE Sapien Law, LLC respectfully requests that the Court enter an Order approving its withdrawal as counsel in the above-captioned matter.

                              Respectfully Submitted,

                              SAPIEN LAW LLC

                              By: *Phillip G. Sapien*
                                  Phillip G. Sapien
                                  Attorney for Defendant
                                  Post Office Box 25523
                                  Albuquerque, NM 87125
                                  psapien@sapienlaw.com

This will certify that a copy of this pleading was electronically delivered to all parties of record on this  23rd  of August, 2024.

                                  T: (505) 842-5979
                                  F: (505) 842-6002

*Phillip G. Sapien*
PHILLIP G. SAPIEN, Esq.

Motion to Withdraw as Counsel
*USA v. Sergio Valdez*
*Case No.: 19-CR-03113-JB*
Page **2** of **2**

## eSignature Details

**Signer ID:**  **JpNgwdPC8yQM8Fw1g1SCyQBL**
Signed by:  Phillip G. Sapien
Sent to email:  psapien@sapienlaw.com
IP Address:  73.26.226.178
Signed at:  Aug 23 2024, 3:08 pm MDT