AO 442 (Rev. 08/14) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of New Mexico

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
|  | ) | Case No. 1084 1:19CR03113- 010JB |
| Sergio Valdez | ) | |
| *Defendant* | ) | |

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
AUG 26 2024
MITCHELL R. ELFERS
CLERK

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay Sergio Valdez

Also Known As: Booger
Also Known As: Valdez Sr., Sergio Ray
Also Known As: Valdez, Sergio Rey

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows: The defendant tested positive for opiates without a prescription. He failed to follow location monitoring agreement.

Date: August 22, 2024

*Issuing Officer's signature*

City and state:   Albuquerque, NM            MITCHELL R. ELFERS, CLERK OF COURT
                                             *Printed name and title*

### Return

This warrant was received on (date) 8/22/2024, and the person was arrested on (date) 8/26/2024
at (city and state) Albuquerque, NM.

Date: 8/26/2024

*Arresting officer's signature*

Thomas Durham   DUSM
*Printed name and title*