AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 2 6 2024

MITCHELL R. ELFERS
CLERK

# UNITED STATES DISTRICT COURT
### for the
### District of New Mexico

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| SERGIO Valdez | ) Case No. 1:19-cr-03113 JB |
| _Defendant_ | ) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 8/26/2024

_Defendant's signature_

_Signature of defendant's attorney_

Ryan Baughman, Bar No. 23-9
_Printed name and bar number of defendant's attorney_

814 Marquette Ave. NW, Albuquerque, NM 87102
_Address of defendant's attorney_

Ryan@nmlawoffice.com
_E-mail address of defendant's attorney_

(505) 675-0732
_Telephone number of defendant's attorney_

(505) 393-5261
_FAX number of defendant's attorney_