IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 13 2024

MITCHELL R. ELFERS
CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.      NO. 19-CR-03113-010-JB

SERGIO VALDEZ

    Defendant.

## ORDER GRANTING MOTION TO WITHDRAW

THIS MATTER, having come before the Court on the Motion to Withdraw, filed on August 23, 2024, FINDS that the Motion is well-taken and should be GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the law firm of Sapien Law, LLC shall be and hereby is allowed to withdraw as counsel of record for Defendant Sergio Valdez in this matter.

_____
The Honorable James O. Browning
United States District Judge