# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**
      **Plaintiff,**

      v.                      **No. 1:19-cr-03113-JB**

**SERGIO VALDEZ,**
      **Defendant.**

## NOTICE OF UNAVAILABILITY

COMES NOW, Ryan D. Baughman, Attorney for Defendant, and hereby provides the Court and counsel this notice of unavailability for the time period noted below.

1. Counsel will be out of the country from December 25, 2024, through January 14, 2025. Counsel will be unavailable to participate in any matters with regard to this case during this period.

2. Counsel respectfully requests that any hearings in this cause not be scheduled during this period of his absence.

Respectfully Submitted,

**LAW OFFICE OF**
**RYAN D. BAUGHMAN, LLC**

*/s/ Ryan D. Baughman*
Ryan D. Baughman, Esq.
814 Marquette Ave. NW
Albuquerque, NM 87102
Tel: (505) 675-0732
Ryan@NMLawOffice.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the parties in this matter.

                        By:    */s/ Ryan D. Baughman*
                                 Counsel for Defendant