IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                  No. CR 19-03113 JB

SERGIO VALDEZ,

      Defendant.

**ORDER GRANTING DEFENDANT'S UNOPPOSED**
**MOTION TO DISMISS PETITION FOR REVOCATION OF SUPERVISED RELEASE**

THIS MATTER IS BEFORE THE COURT on Defendants' *Unopposed Motion to Dismiss Petition for Revocation of Supervised Release*, [Doc. 945], filed February 4, 2025, and the Court noting that counsel for the government, Assistant United States Attorney Elaine Y. Ramirez and United States Probation Officer Charlotte Cde Baca do not oppose the Motion, and being otherwise fully advised in the premises, FINDS that the Motion is well taken and will be GRANTED.

IT IS ORDERED that the Petition for Revocation of Supervised Release [Doc. 876] is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

*/s/ Ryan D. Baughman*
RYAN D. BAUGHMAN
Counsel for Defendant

Approved via Email by:

*/s/ Elaine Y. Ramirez*
ELAINE Y. RAMIREZ
Assistant United States Attorney

*/s/ Charlotte Cde Baca*
CHARLOTTE Cde BACA
United Stated Probation Officer