IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cr. No. 19-03113 JB |
| | ) | |
| **SERGIO VALDEZ**, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>UNITED STATES' UNOPPOSED MOTION<br>TO CONTINUE JUDICIAL COMPLIANCE HEARING</u>

The United States respectfully moves this Court to continue the Judicial Compliance

Hearing currently set for June 11, 2025.

In support, the United States submits:

1.    United States Probation Officer, Charlotte C de Baca in unavailable and not able

to attend.

2.    Defense counsel does not oppose the relief requested in this motion.

3.    Defense counsel requests a setting after June 25, 2025.

**WHEREFORE**, the United States respectfully requests that the Court enter an order

continuing the June 11, 2025, Judicial Compliance Hearing.

Respectfully submitted,

RYAN ELLISON
United States Attorney

*<u>/s/ Electronically filed June 10, 2025</u>*
ELAINE Y. RAMIREZ
Assistant United States Attorney
201 3rd St. NW, Ste. 900
Albuquerque, NM 87102
(505) 346-7274

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 10, 2025, I filed the foregoing document electronically through the CM/ECF system. Pursuant to the CM/ECF Administrative Procedures Manual, §§ 1(a), 7(b)(2), such filing is the equivalent of service on parties of record.

_____/s/_____
ELAINE Y. RAMIREZ
Assistant United States Attorney