IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                                           No. CR 19-3113 JB

SERGIO VALDEZ,

    Defendant.

**ORDER GRANTING UNITED STATES' UNOPPOSED
MOTION TO CONTINUE JUDICIAL COMPLIANCE HEARING**

**THIS MATTER** having come before the Court on the United States' Unopposed Motion to Continue Judicial Compliance Hearing set for June 11, 2025 (Doc. 957), and the Court having reviewed said motion and being otherwise fully advised, **FINDS** that the motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED** that the United States' Unopposed Motion to Continue Judicial Compliance Hearing is hereby granted, and the June 11, 2025, sentencing hearing is vacated. The Court will reschedule this matter for July 3, 2025 at 9:00 AM.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

Elaine Y. Ramirez
Supervisory Assistant United States Attorney