UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**Clerk's Minutes**
**Before the Honorable James O. Browning**

**CASE NO.** CR 19-3113 JB  **DATE:** 7/2/2025

**TITLE:** *USA v. Padilla, et al.* (Sergio Valdez)

**COURTROOM CLERK:** C. Padilla   **COURT REPORTER:** J. Bean

**COURT IN SESSION:** 9:32 AM / 9:53 AM   **TOTAL TIME:** 0:21

**TYPE OF PROCEEDING:** JUDICIAL COMPLIANCE HEARING

**COURT RULING/DISPOSITION:**
1.

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**   **ATTORNEYS PRESENT FOR DEFENDANT(S):**
Rachel Eagle                               Ryan Baughman, Appointed

**PROCEEDINGS:**

**COURT IN SESSION: 9:32 AM**

**COURT:** CALLS CASE, COUNSEL ENTER APPEARANCES. ADDRESSES REPORT FROM PROBATION.

**MR. BAUGHMAN:** RESPONDS, HIS CLIENT IS ATTENDING COURSES.

**MR. VALDEZ:** ALLOCUTES.

**MS. EAGLE:** NOTHING TO ADD.

**CDE BACA:** ADDRESSES PROGRESS MADE BY MR. VALDEZ.

**COURT:** WILL NOT TAKE ANY ACTION ON THIS.

**COURT IN RECESS: 9:53 AM.**