AO 442 (Rev. 10/08) Warrant for Arrest

# UNITED STATES DISTRICT COURT
District of New Mexico

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| v. | Duplicate Original |
| Sergio Valdez | (Pursuant to Rule 41) |
| | Case: 1084 1:19CR03113- 010JB |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Sergio Valdez and bring him or her forthwith to the nearest magistrate judge to answer a petition for

☐ Violation of Conditions of Pretrial Release    ☐ Probation Violation    ☒ Supervision Release Violation

charging him with
being arrested for committing new crimes to wit: Driving while Under the Influence of Intoxicating Liquor or Drugs (.08 or above); Improper Equipment- Restrictions as to Tire Equipment; and Concealing Identity. The defendant failed to refrain from using or possessing alcohol.

WARRANT issued for the defendant's arrest to show cause why the supervision should not be revoked for violation for the conditions of supervision as set by the Honorable James O. Browning in violation of 18 U.S.C. § 3583(e).

I certify that the issuing judge has directed this officer to sign the judge's name on the duplicate original warrant pursuant to Rule 41(e)(3)(D) of the Federal Rules of Criminal Procedure.

| Honorable Laura Fashing | Date and Time: January 2, 2026, and 12:57a.m. |
|---|---|
| Name of Issuing Judge | |
| Albuquerque, NM | /s/ Charlotte Cde Baca |
| Location | Senior United States Probation/Pretrial Services Officer |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1/2/2025 | Mark Strange | M. Strange |

Date Arrested: 1/5/2025