(Rev. 10/2021) Waiver of Right to Contest Detention

```
                    FILED
          UNITED STATES DISTRICT COURT
            ALBUQUERQUE, NEW MEXICO

                  JAN 07 2026

              MITCHELL R. ELFERS
                    CLERK
```

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF RIGHT TO CONTEST DETENTION** |
| vs. | (Rule 5 or 32.1, Fed. R. Crim. P., 18 U.S.C. § 3142) |
| SERGIO VALDEZ | CASE NUMBER:   1:19-CR-03113-JB |

I, Sergio Valdez, charged by Petition with Supervised Release Violations, and having appeared before this Court and been advised of my rights as required by Fed. R. Crim. P. 5 or 32.1 and 18 U.S.C. § 3142, including my right to contest my detention, do hereby waive (give up) my right to contest detention. However, I understand that under 18 U.S.C. § 3142(f), I may ask the Court to reopen my detention hearing at any time before trial if information exists that is not known to me today and that has a material bearing on whether there are conditions of release that will reasonably assure my appearance as required and the safety of any other person and the community.

_____
Defendant

1/7/2026
Date

_____
Counsel for Defendant