AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 07 2026

MITCHELL R. ELFERS
CLERK

# UNITED STATES DISTRICT COURT
### for the
### District of New Mexico

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 1:19-CR-03113-JB |
| Sergio Valdez | ) |
| Defendant | ) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 01/07/2026

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Ryan D. Baughman, Federal Bar No. 23-9
*Printed name and bar number of defendant's attorney*

814 Marquette Ave. NW
Albuquerque, NM 87102
*Address of defendant's attorney*

Ryan@nmlawoffice.com
*E-mail address of defendant's attorney*

(505) 675-0732
*Telephone number of defendant's attorney*

(505) 393-5261
*FAX number of defendant's attorney*